UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN L. GLAZE,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

Case No. 2:18-cv-720
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on July 12, 2019. (ECF No. 15.) The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, the Court **OVERRULES** the Plaintiff's Statement of Errors and **AFFIRMS** the Commissioner of Social Security's decision. The Court **DIRECTS** the Clerk to enter judgment accordingly.

IT IS SO ORDERED.

7-30-2019
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE